UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

ELINOUR KHALAF,

    Plaintiff,

vs.

COMMISSIONER of Social Security,

    Defendant.

CV 05-1337-AA

ORDER FOR EAJA FEES

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4108.50, and no costs or expenses shall be awarded to Plaintiff pursuant to the Equal Access to Justice Act 28 U.S.C. § 2412.

DATED this 30 day of October, 2006.

                                          HON. ANN AIKEN
                                        UNITED STATES DISTRICT JUDGE

Presented by:

/s/_____
**LINDA ZISKIN,** OSB # 01106
(503) 889-0472
Attorney for Plaintiff

STIPULATION FOR EAJA FEES